[No. 5019.]

## FRANCIS HOLCOMB *v.* E. D. SAWYER.

APPEAL FROM ORDER DENYING A NEW TRIAL.—To render an appeal from an order denying a new trial valid, both the notice of appeal and undertaking on appeal must be filed within sixty days after the order is made.

APPEAL from the District Court, Twelfth Judicial District, City and County of San Francisco.

Action to quiet title to real estate. The court rendered judgment for the defendant and the plaintiff appealed from the judgment and from an order denying a new trial.

The judgment was made and entered April 1, 1874; the order denying the motion for a new trial was made and entered July 16, 1875; the notice of appeal from both the judgment and the order denying the new trial was filed and served September 14, 1875; *but the undertaking on appeal was not filed until September* 18, 1875.

*E. D. Sawyer*, in person, moved to dismiss the appeal from the judgment and from the order denying a new trial.

*E. A. Lawrence*, against the motion.

Mr. Justice CROCKETT, speaking for the Court, said:

The appeal from the judgment is dismissed, because it was not taken in time. The appeal from the order denying the motion for a new trial is also dismissed for the same reason. We are of the opinion that under the Code of Civil Procedure, as amended, which requires that an appeal of that kind be taken within sixty days, that unless the appeal bond is given within sixty days the appeal is nugatory. Both the bond and notice must be given and filed within sixty days to constitute a valid appeal.